

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

July 10, 1961

Honorable M. T. Harrington
Chancellor, Texas A & M. College
System
College Station, Texas

Opinion No. WW-1087

Re: Whether the clerical error
in issuing and paying a
warrant from A & M College
Current Fund No. 242,
instead of issuing and pay-
ing a warrant from the
College's General Revenue
Appropriation No. 0-17252,
may be corrected by book

Dear Dr. Harrington:

entry or some other means?

Your request for an opinion reads as follows:

"We should appreciate your opinion on the
facts stated hereinafter as they relate to the
Agricultural and Mechanical College of Texas.

"For the fiscal year 1959-60 General Revenue
Appropriation No. 0-17252 for $125,000 was avail-
able for Special Departmental Teaching Equipment.
At August 31, 1960, this fund was encumbered but
partially unexpended. These encumbrances at
August 31, 1960 were paid after September 1,1960;
however, the vouchers (claims) submitted to the
State Comptroller were erroneously coded in the
A. & M. College Fiscal Office and, as a result,
the State Comptroller issued warrants in payment
thereof from A. & M. College Current Fund No. 242
(Local Funds in State Treasury) instead of from
General Revenue Appropriation No. 0-17252.

"In the light of Attorney General's Opinion
No. WW-991A (1961) may the State Comptroller

"1. Correct by book entry, or some other
means, the clerical error of the A.& M.

College Fiscal Office by charging General
Revenue Appropriation No. O-17252 with the
warrants drawn on A. & M. College Current
Fund No. 242 and giving credit to this last
named fund?

"2.  In the alternative, issue a warrant on Gen-
eral Revenue Appropriation No. O-17252 for
reimbursement to A. & M. College Current
Fund No. 242?"

The Board of Directors of the Agricultural and Mechani-
cal College directed A & M College Fiscal Office to pay the
claims involved in your request out of General Revenue Ap-
propriation No. O-17252 and it was the intent of the A & M
College Fiscal Office to pay the involved vouchers out of
the General Revenue Appropriation rather than A & M College
Fund No. 242.

In view of the foregoing facts concerning which there
is no disagreement between the officials at the Agricultural
and Mechanical College or the Comptroller's office, it is our
opinion that the clerical error is of the type governed by
Attorney General's Opinion WW-991A (1961).

In Attorney General's Opinion WW-991A, it is stated:

"As was pointed out in Attorney General's
Opinion O-4365A (1942), 'the correction of
erroneous book entries as between accounts in
the Treasury has consistently been made by the
State's accounting officers over a long period
of years with the approval and upon the advice of
the various State auditors.'  Consequently, the
Comptroller of Public Accounts and the Treasurer
are authorized to correct the book entries in
the instant case without specific direction from
the Legislature.

"Therefore, you are advised to follow the
holding in Attorney General's Opinion O-4365A
(1942) relative to the correction in the above
accounts, and to disregard our holding in
Opinion WW-991 (1961) insofar as it states
that an Act of the Legislature will be re-
quired to correct the errors.  Also, Opinion
WW-991 is hereby modified so that the Comp-
troller of Public Accounts and the Treasurer
are authorized to correct the book entries

as between the Special Mineral Fund of the
Texas Department of Corrections and the
General Revenue Fund so that the Special
Mineral Fund will receive the amount of
money that the Legislature has already
allocated and appropriated to it."

You are therefore advised that the Comptroller of
Public Accounts is authorized to correct the clerical error
of the Fiscal Office of the Agricultural and Mechanical College
of Texas by charging General Revenue Appropriation No. 0-17252
with warrants drawn on A & M College Current Fund No. 242
and giving credit to A & M College Current Fund No. 242.

## S U M M A R Y

The Comptroller of Public Accounts
is authorized to correct the book
entries as between General Revenue
Appropriation No. 0-17252 and A & M
College Current Fund No. 242.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
   John Reeves
   Assistant

JR:zt

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

L. P. Lollar
Joe Osborn
J. Arthur Sandlin
Linward Shivers

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Morgan Nesbitt